1983-S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

APR 24 PM

Inmate Identification Number: 140625-A

Jimmy LEE Barsh

Jimmy LEE Barsh

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Ed, Hay

Ed, Warren

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

CV-06-AR-0796-S

I. **Previous lawsuits**

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )        No ( )

B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Jimmy Lee Barsh

Defendant(s): Ed Hay Plocie officer

2.  Court (if Federal Court, name the district; if State Court, name the county)
    Randolph County

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. Place of present confinement _____

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( X )       No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
    Yes ( X )       No ( )

C.  If your answer is YES:

    1.  What steps did you take?  Rule 32

    2.  What was the result?  No

D.  If your answer is NO, explain why not?  They say my speedy[?] of prison time had End

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) _Jimmy L. Barsh #140675-A_
_5-51 Cell_

Address _100 Warrior Lane_
_Bessemer Al 35023-7299_

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _Ed, Hay_

is employed as _Police Department_

at _Randolph County Wedowee Ala_

C. Additional Defendants _____

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_Ed, Hay went to the post office In went In side of the Post_
_Ed warren gave him a called the Police Department So Ed say_
_He folst for that He God and jive away lots of money at the_
_Post office ok, he say come out side of the post office you will not_

3

**V.   RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I wantted Thr Cont to do for E Lrt I E.O.S. Pnts $10000000 Dollars End this yes in may 2006

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
James A. Beachem

_____
Jimmy Lee Barsh
Signature(s)

My Commission Expires
3-25-2008

4