FILED
2006 Apr-25 AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

F!

**FOR USE BY INCARCERATED PERSONS**                      CV-06-AR-0796-S

2006 APR 2    5: 03

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1.  Your full name: _Jimmy Lee Bush_

    Present mailing address: _100 Warrior Lane_
    _Bessemer, Al 35023-7299_

2.  Are you presently employed?                                    Yes ____  No _X_

    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

    _____

    _____

    Monthly earnings: _____

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

    _____

    _____

    Date last worked: _____

    Monthly earnings: _____

3.  Have you received within the past twelve months any money from any of the following sources?

    (a) Business, profession, or any form of self-employment?     Yes ____  No _X_
    (b) Interest, dividends, rents, or investment income of any kind?  Yes ____  No _X_

1

(c) Pensions, annuities, or life insurance payments?   Yes ____   No __X__

(d) Gifts or inheritances?   Yes ____   No __X__

(e) Any other sources?   Yes ____   No __X__

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

No

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ __0¢__

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes ____   No __X__

If the answer is "yes," describe the property and state its approximate value:

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____ None

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: 4-18-006

Jimmy Lee Burch
SIGNATURE OF PLAINTIFF

2

★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Jimmy Lee Barsh__ has been incarcerated in this institution since __August 15__, 19__2001__ and that he has the sum of $__0.23__ in his prison or jail trust account on this the __18th__ day of __April__, 19__2006__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | _____ | $_____ | $_____ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

*COPY FOR COURT ATTACHED*

_____
Signature of Authorized Officer of Institution

__William E. Douglas__
Name of Institution

4

__Felicia H. Parsons__
Notary

My Commission Expires __5/31/2008__

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                W.E. DONALDSON CORR. FACILITY


 AIS #: 140675      NAME: BARSH, JIMMY LEE            AS OF: 04/18/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 12 | $0.38 | $0.00 |
| MAY | 31 | $5.80 | $24.00 |
| JUN | 30 | $2.62 | $24.00 |
| JUL | 31 | $2.48 | $24.00 |
| AUG | 31 | $3.74 | $24.00 |
| SEP | 30 | $0.23 | $0.00 |
| OCT | 31 | $0.23 | $0.00 |
| NOV | 30 | $0.23 | $0.00 |
| DEC | 31 | $0.23 | $0.00 |
| JAN | 31 | $0.23 | $0.00 |
| FEB | 28 | $0.23 | $0.00 |
| MAR | 31 | $0.23 | $0.00 |
| APR | 18 | $0.23 | $0.00 |

**COURT COPY**