IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY LEE BARSH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:06-cv-00796-WMA-JEO |
| | ) |
| ED HAY and ED WARREN, | ) |
| | ) |
| Defendants. | ) |

ORDER OF TRANSFER TO MIDDLE DISTRICT

On May 30, 2006, the magistrate judge entered an order recommending that this matter be transferred to the United States District Court for the Middle District of Alabama. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, for the reasons stated in the report and recommendation and pursuant to 28 U.S.C. § 1404(a), it is ORDERED that this case be TRANSFERRED to the United States District Court for the Middle District of Alabama.

Done this 26th day of June, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

Case 3:06-cv-00609-MHT-DRB    Document 4    Filed 06/26/2006    Page 2 of 2