IN THE DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DISTRICT

RECEIVED
2006 AUG -3 A 10: 11
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jimmy Lee Barsh
Plaintiff

VS.

ED Hay, et.al,
Defendants

Civil Action #
2:06-CV-609 MHT

## MOTION TO DISMISS

Comes now the plaintiff in the above-style cause and moves this Honorable Court to dismiss his civil complaint for the following stated reasons:

1. The plaintiff is an inmate confined at William E. Donaldson Correctional Facility housed in the Mental Health unit.

2. Plaintiff is mentally unable to respond to any complaint, due to his mental condiction, in fact "plaintiff cannot understand or appreciate actions around him at this time.

WHEREFORE plaintiff prays that this Honorable Court dismiss this complaint without prejudice.

Done this ___ day of July, 06

Respectfully Submitted

X Jimmy Barsh
Jimmy Lee Barsh # 140675