IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JIMMY LEE BARSH, #140675, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   3:06-cv-609-MHT |
| | )        [WO] |
| ED HAY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On August 7, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. After a review of the recommendation, and an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

    ORDERED and ADJUDGED as follows:

    1.    The Recommendation of the Magistrate Judge (doc. no. 8) is ADOPTED.

    2.    The plaintiff's motion to dismiss (doc. no. 7) is GRANTED.

    3.    This case is DISMISSED without prejudice.

    4.    No costs or fees are taxed in this case.

An appropriate judgment will be entered.

DONE, this the 5th day of September, 2006.

                                              /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE